**Etta Walsh et al., trading as James Walsh and Company, Defendants in Error, v. George J. Cooke Company, Plaintiff in Error.**

**Gen. No. 19,655.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed May 25, 1914.

### Statement of the Case.

Action by Etta Walsh, Joseph Walsh and James Walsh, copartners trading as James Walsh and Company, against George J. Cooke Company, a corporation, to recover for hauling brickbats and cinders for defendant. Plaintiffs claimed that under the contract defendant agreed to pay $1.75 a load for hauling brickbats and $1 a load for the cinders, while defendant claimed that plaintiffs agreed to haul the same for a lump sum of $40. From a judgment in favor of plaintiffs for $163.75, defendant brings error.

HARRY A. DAUGHERTY, for plaintiff in error.

L. E. CHIPMAN, for defendants in error.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

CONTRACTS, § 384*—*when recovery for hauling materials sustained by the evidence.* In an action to recover for hauling brickbats and cinders where there was a dispute as to whether the contract was to pay so much a load or a lump sum and also as to the amount of material hauled, *held* that a verdict for plaintiff was sustained by the evidence.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.